# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1794
Lower Tribunal No. 21-548-K

————————

**Omar Ricardo Brown,**
Appellant,

vs.

**Lars Severson, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Monroe County, Timothy J. Koenig, Judge.

Omar Ricardo Brown, in proper person.

Ashley Moody, Attorney General, and Michael W. Mervine, Chief Assistant Attorney General, for appellee, State of Florida.

Before FERNANDEZ, C.J., and MILLER and GORDO, JJ.

PER CURIAM.

Affirmed. See Brown v. State, 302 So. 3d 874, 874 (Fla. 3d DCA 2020); Breedlove v. Singletary, 595 So. 2d 8, 10 (Fla. 1992) ("Habeas corpus is not a second appeal and cannot be used to litigate or relitigate issues which could have been, should have been, or were raised on direct appeal."); Jackson v. State, 1 So. 3d 273, 278 (Fla. 1st DCA 2009) ("Even when a Fourth Amendment violation has occurred, evidence should be suppressed only if it 'has been come at by exploitation of the illegality' and was not obtained 'by means sufficiently distinguishable to be purged of the primary taint.'" (quoting Wong Sun v. United States, 371 U.S. 471, 488 (1963))).